Richard Dannay (rxd@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY  10036-1525
(212) 790-9200
Attorneys For Defendants Dover Publications, Inc. and Theodore Menten

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE TEDDY BEARYS LTD,

                    Plaintiff,

  -against-

DOVER PUBLICATIONS, INC.;
and THEODORE MENTEN,
                    Defendants.
------------------------------------------------------------------ x

No. 1:18-cv-03436

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendants Dover Publications, Inc. and Theodore Menten, herein, and requests that copies of all papers in this action be served on him at the address stated below.

Dated: New York, New York
       June 27, 2018

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By:   s/ Richard Dannay
      Richard Dannay (rxd@cll.com)
114 West 47th Street
New York, NY  10036-1525
(212) 790-9200

Attorneys For Defendants Dover Publications, Inc. and Theodore Menten