Submitted by Defendants in Teddy Bearys Ltd. V. Dover Publications, Inc. et al

## DISCOVERY PLAN WORKSHEET
(Please be advised that the Court's Individual Rules include additional forms to be used in cases involving claims of adverse employment or FLSA violations.)

### Tier I Pre-Settlement Discovery

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | Oct. 5 |
| Completion date for Phase I Discovery as agreed upon by the parties: *(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* | Oct. 12 |
| Status conference TBD by the court: *(Generally 15 days post Tier I Discovery)* | Nov. 1 |

### Tier II Discovery and Motion Practice

| | |
|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | Nov. 2 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending)* | Nov. 28 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories)* | March 29, 2019 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | April 26 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | May 24 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* | June 28 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Note: Presumptively 9 months after Initial Conference.)* | June 21 |
| Submission of joint pre-trial order: | Aug. 16 |
| Final Pre-Trial Conference TBD by the court: | |