

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard Dannay**
(212) 790-9256
rxd@cll.com

September 17, 2018

**By Electronic Filing**

Honorable Anne Y. Shields
Magistrate Judge
U.S. District Court, EDNY
100 Federal Plaza
P.O. Box 830
Central Islip, NY  11722

    Re:    The Teddy Bearys Ltd. v. Dover Publications, Inc., et al.
               No. 18-cv-3436

Dear Judge Shields:

    I am counsel for the defendants.

    I have been unable to confer with plaintiff's counsel, who has not responded to my several emails and phone calls.  I am thus submitting herewith the Defendants' Discovery Plan Worksheet in connection with the initial conference on September 20, 2018.

                                    Respectfully submitted,

                                    Richard Dannay

cc:    Baruch Gottesman, Esq.
       Attorney for Plaintiff
       (By electronic filing)

23535/001/2503631.1