| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>          U.S. MAGISTRATE JUDGE | DATE: 9/20/18<br>TIME: 11:00 AM<br>FTR: 11:47-12:00 |

CASE: **CV 18-3436 (ADS) (AYS)** The Teddy Beary, LTD. V. Dover Publications Inc., et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:   Plaintiff      Baruch Gottesman

                              Defendant    Richard Dannay

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X   Other:

**Rulings by the Court:**

This is a copyright infringement action. The parties' proposed discovery plan is adopted as the Scheduling Order in this action. As advised by the Court, Plaintiff's deposition will occur first in this action.

Counsel for the parties are directed to confer regarding the application of Local Civil Rule 54.2 to this action. If counsel cannot agree with respect to Local Civil Rule 54.2, Defendant's counsel is granted leave to submit a letter motion within one (1) week.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge