

**COWAN  
LIEBOWITZ  
LATMAN**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard Dannay**
(212) 790-9256
rxd@cll.com

October 22, 2018

**By Electronic Filing**

**Honorable Anne Y. Shields
Magistrate Judge
U.S. District Court, EDNY
100 Federal Plaza
P.O. Box 830
Central Islip, NY  11722**

       Re:   The Teddy Bearys Ltd. v. Dover Publications, Inc., et al.
              No. 18-cv-3436

Dear Judge Shields:

    I am counsel for the defendants.  I write in connection with the Scheduling Order in this action, which recites a status conference "TBD by the court" on November 1.

    Defendants believe a status conference would be useful and I am available on November 1, if that date is available.  In the event that date is inconvenient, I am available on any other dates in November <u>except</u> November 5, 7, 9, 16, 19, and 23.

    Thank you.

                                   Respectfully submitted,

                                   Richard Dannay

cc:   Baruch Gottesman, Esq.
       Attorney for Plaintiff
       (By electronic filing)

23535/001/2528338.1