# SURETEC INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Bond Number 3406150

---

THE TEDDY BEARYS LTD.
         Plaintiff    UNDERTAKING FOR COSTS
                   2:18-cv-03436

  -against-

DOVER PUBLICATIONS, INC.
         Defendant

---

WHEREAS, the above named The Teddy Bearys Ltd. Plaintiff, by an Order granting in part and denying in part 16 Motion for Bond on October 3,2018. Pursuant to Local Civil Rule 54-2, Plaintiff is directed to post a security bond with the Clerk's Office. Dover Publications, Inc. the said Defendant being entitled to security for costs.

NOW, THEREFORE, the **SURETEC INSURANCE COMPANY,** having an office and principal place of business for the State of New York, c/o Arthur B. Levine Company 370 Lexington Avenue, Suite 1101, New York, NY 100177 hereby undertakes, pursuant to the Statute in such case made and provided, that it will pay, upon demand, to the Defendant all costs which may be awarded to the Defendant not exceeding the sum of **SEVEN THOUSAND FIVE HUNDRED DOLLARS and 00/100ths----------($7,500.00).**

Dated: January 23,2019

                SURETEC INSURANCE COMPANY

              By: _____
                Margaret McLaughlin, Attorney-in-Fact

## SURETY ACKNOWLEDGMENT:

STATE OF NEW YORK
COUNTY OF NEW YORK

On the **23rd** day of **January, 2019** before me personally came Margaret McLaughlin to me known, who, being by me duly sworn, did depose and say that she is an Attorney-in-Fact of **SURETEC INSURANCE COMPANY** the corporation described in and which executed the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to the within instrument is such corporate seal, and that she signed the said instrument and affixed the said seal as Attorney-in-Fact by authority of the Board of Directors of said corporation, and that she signed her name thereto by like order and that the said company has received from the Superintendent of Insurance of the State of New York, and that such certificate has not been revoked.

_____
Notary Public

ANITA HUNTER
Notary Public, State of New York
Registration No. 01HU4828371
Qualified in Richmond County
Commission Expires April 30, 2019

POA #: 3210004

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

***Know All Men by These Presents,*** That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Anita Hunter, Carol Levine, Sybil Levine, Margaret McLaughlin, Maria Sponza

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

Five Million and 00/100 Dollars ($5,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment shall continue in force until 12/31/2019 and is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved*, that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved*, that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

***In Witness Whereof,*** SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 27th day of April, A.D. 2017.

SURETEC INSURANCE COMPANY

By: _____
John Knox Jr., President

State of Texas  ss:
County of Harris

On this 27th day of April, A.D. 2017 before me personally came John Knox Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.



JACQUELYN GREENLEAF
Notary Public, State of Texas
Comm. Expires 05-18-2021
Notary ID 126903029

_____
Jacquelyn Greenleaf, Notary Public
My commission expires May 18, 2021

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 23rd day of January, 2019, A.D.

_____
M. Brent Beaty, Assistant Secretary

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.**
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:00 am and 5:00 pm CST.



SureTec Insurance Company
1330 Post Oak Blvd., Suite 1100
Houston, TX. 77056

**FINANCIAL STATEMENT**
as of December 31, 2017
Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | $ 136,016,880 | Reserve for Losses and Loss Expense | $ 12,474,054 |
| Stocks | 25,314,413 | Reserve for Unearned Premiums | 36,903,494 |
| Cash & Short Term Investments | 80,304,186 | Other Liabilities | 101,806,443 |
| Agents Balances or Uncollected Premiums | 6,483,751 | TOTAL LIABILITIES | 151,183,991 |
| Other Admitted Assets | 5,120,359 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 97,055,598 |
| | | TOTAL POLICYHOLDERS SURPLUS | 102,055,598 |
| TOTAL ASSETS | $ 253,239,589 | TOTAL LIABILITIES AND POLICYHOLDERS SURPLUS | $ 253,239,589 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

**CERTIFICATE**

David Allen Wisnoski, Treasurer, and Michael Charles Keimig, Secretary, of the SureTec Insurance Company, being duly sworn each for himself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2017, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2017, according to the best of their information, knowledge and belief.

_____          _____
President                                                Treasurer

STATE OF TEXAS
COUNTY OF HARRIS

On this 20th day of Februry, 2018, before me came the above named officers of SureTec Insurance Company to me known to be the individuals and officers described herein, and acknowledge that they executed the foregoing instrument and affixed the seal of the corporation thereto by the authority of their office.

_____
Notary Public

JACQUELYN GREENLEAF
Notary Public, State of Texas
Comm. Expires 05-18-2021
Notary ID 126903029

## State of New York

## DEPARTMENT OF FINANCIAL SERVICES

WHEREAS IT APPEARS THAT

SureTec Insurance Company

**Home Office Address**     Houston, Texas

**Organized under the Laws of**     Texas

has complied with the necessary requirements of or pursuant to law, it is hereby

licensed to do within this State the business of

personal injury liability, property damage liability and fidelity and surety insurance, as specified in paragraph(s) 13, 14 and 16 of Section 1113(a) of the New York Insurance Law to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2019.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, New York, this 1st day of July, 2018

Maria T. Vullo
Superintendent

By  *Kathleen Granderath*

Kathleen Granderath
Special Deputy Superintendent

Original on Watermarked Paper

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**SureTec Insurance Company**
Of Houston, Texas

a corporation organized under the laws of the State of Texas and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $108,478,771 (Capital $5,000,000) as is shown by its sworn financial statement for the second quarter ending June 30, 2018 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this

30th day of August, 2018.

Maria T. Vullo
Superintendent

By *Kathleen Granderath*

**Kathleen Granderath**
**Special Deputy Superintendent**