

**Baruch S. Gottesman**
Attorney and Counselor at Law

April 10, 2019

**Via Electronic Court Filing**
The Honorable Anne Y. Shields, Magistrate Judge
United States District Court for the Eastern District of New York
New York State Department of Law
P.O.Box 830
Central Islip, NY 11722

**Courtesy Copy served on Plaintiff**
**Via e-mail and Fedex**
The Teddy Bearys Ltd.
c/o Patricia Irene Scott
19 Rose Gardens,
Herne Bay, Kent CT6 6NJ
　　　**UNITED KINGDOM**

      Re:    [Proposed] Order to Show Cause to Withdraw as Counsel
                The Teddy Bearys Ltd. v. Dover Publications, et ano.
                (Index No. 2:18-cv-03436-ADS-AYS)

Your Honor:

      Pursuant to E.D.N.Y. Local Civil Rule 1.4 regarding withdrawal as counsel, and Rule IX(A) of the Individual Practice Rules of Magistrate Judge Anne Y. Shields, providing for non-dispositive motions are to be made to Your Honor, I am filing this application for an Order to Show Cause to Withdraw as Counsel.

      I can be reached by phone at (212) 401-6910 or by e-mail at <bg@gottesmanlegal.com> if Your Honor or the clerk have any questions about this application.

RESPECTFULLY SUBMITTED,

Baruch S. Gottesman, Esq.

Enclosures: