UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
|                                                          |
THE TEDDY BEARYS LTD,                                      |   Index No. 2:18-cv-03436-ADS-AYS
|                                                          |
        Plaintiff,  |
|                                                          |
    ~ against ~                         |
|                                                          |   [PROPOSED] ORDER TO SHOW CAUSE
|                                                          |   TO WITHDRAW AS COUNSEL
DOVER PUBLICATIONS, INC.;                                  |
and THEODORE MENTEN,                                       |
|                                                          |
        Defendants  |
----------------------------------------------------------x

    **PLEASE TAKE NOTICE THAT**, upon the accompanying affidavit, affirmed to by counsel for the Plaintiff, Baruch S. Gottesman, Esq. on April 10, 2019, and upon all the pleadings and proceedings previously had herein it is hereby:

    **ORDERED** that Plaintiff **THE TEDDY BEARYS LTD.** show cause before the Honorable Anne Y. Shields, Magistrate Judge at the United States District Court for the Eastern District of New York, at Courtroom 830 at 100 Federal Plaza, Central Islip, New York, 11722 on the ___ day of _____ 2019, at __:____ __.M., or as soon thereafter as counsel can he heard, why an order should not be made and entered allowing the Baruch S. Gottesman, Esq., to withdraw from representing **THE TEDDY BEARYS LTD.** in this action and be removed from the case docket as the counsel of record: and it is further;

    **ORDERED** that the service of a copy of this Order to Show Cause, together with the papers upon which it is granted be served upon **THE TEDDY BEARYS LTD.** by e-mail to Ms. Irene Patricia Scott (the principal of the Plaintiff) and by Fedex to **THE TEDDY BEARYS LTD.** at its registered office address at 19 Rose Gardens, Herne Bay, Kent, England, CT6 6NJ on or before April ___, 2019, be deemed good and sufficient service

upon THE **TEDDY BEARYS LTD.**; and it is further;

    **ORDERED** that Plaintiff **THE TEDDY BEARYS LTD.** shall serve their answering papers, if any, on Baruch S. Gottesman, Esq., by e-mail and Federal Express, on or before _____ \_\_ 2019 and Mr. Gottesman, Esq., shall be responsible for uploading any such answering papers to PACER/ECF; and it is further;

    **ORDERED** that Baruch S. Gottesman, Esq., shall serve its reply papers, if any, by PACER/ECF and by e-mail to Ms. Irene Patricia Scott and by Fedex to **THE TEDDY BEARYS LTD.** at its registered office address at 19 Rose Gardens, Herne Bay, Kent, England, CT6 6NJ Federal Express, on or before _____ \_\_, 2019.

            **E N T E R :**

            _____
            Honorable Anne Y. Shields
            United States Magistrate Judge
            Eastern District of New York