UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
|
THE TEDDY BEARYS LTD, | Index No. 2:18-cv-03436-ADS-AYS
|
Plaintiff, |
|
~ against ~ | AFFIDAVIT OF SERVICE
|
DOVER PUBLICATIONS, INC.; |
and THEODORE MENTEN, |
|
Defendants |
|
-----------------------------------------------------------x

1. I am a member in good standing of the bar of the State of New York and represent the Plaintiff in the above captioned matter.

2. On April 10, 2019, I served the Motion to Withdraw as Attorney including a proposed Order to Show Cause and Affidavit in Support (Docket No. 22) on all counsel and the court by uploading it to the ECF/Pacer system.

3. In addition, on April 10, 2019, I served the Motion to Withdraw as Attorney including the proposed Order to Show Cause and Affidavit in Support (Docket No. 22) on the Plaintiff, The Teddy Bearys Ltd. by e-mailing copies to its principal, Ms. Patricia Irene Scott at <trishascott@btinternet.com> and Fedex'ing a hard copy by "Priority International" to the registered address of the Plaintiff at:

> The Teddy Bearys Ltd.
> c/o Patricia Irene Scott
> 19 Rose Gardens,
> Herne Bay, Kent CT6 6NJ
> ENGLAND

- 2 -

4. I was informed by the clerk that they expect delivery to occur before noon in local U.K. time on April 12, 2019.

Dated: April 11, 2019

Respectfully Submitted,

BARUCH S. GOTTESMAN, ESQ.
185-12 Union Turnpike
Fresh Meadows, NY 11366
Phone: (212) 401-6910
E-mail: bg@gottesmanlegal.com
*Attorney for Plaintiffs*