UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE TEDDY BEARYS LTD.,            Index No.: 2:18-cv-03436-ADS-AYS

        Plaintiff,            **AFFIDAVIT OF SERVICE**

~ against ~

DOVER PUBLICATIONS, INC.,
and THEODORE MENTEN,

        Defendants.

-----------------------------------------------------------x

1. I am a member in good standing of the bar of the State of New York and represent the Plaintiff in the above captioned matter.

2. On April 15, 2019, her Honor, Magistrate Judge Anne Y. Shields, issued a Scheduling Order (unnumbered docket entry dated April 15, 2019).

3. Pursuant to her Honor's order I served the Scheduling Order on the Plaintiff, The Teddy Bearys Ltd. by e-mailing copies to its principal, Ms. Patricia Irene Scott at <trishascott@btinternet.com> and on April 16, 2019 I sent via Fedex "Priority International" a copy to the registered address of the Plaintiff at

      The Teddy Bearys Ltd.
      c/o Patricia Irene Scott
      19 Rose Gardens,
      Herne Bay, Kent CT6 6NJ
           ENGLAND

4. Pursuant to her Honor's order, I have begun to make arrangements for the appearance by telephone of my client at the May 1, 2019 hearing.

Dated: April 18, 2019

Respectfully Submitted,

_____
BARUCH S. GOTTESMAN, ESQ.
185-12 Union Turnpike
Fresh Meadows, NY 11366
Phone: (212) 401-6910
E-mail: bg@gottesmanlegal.com
*Attorney for Plaintiffs*