# TEDDY BEARYS PLC

Patricia Irene Scott
19 Rose Gardens
Herne Bay
Kent   CT6 6NJ
ENGLAND

Tel: 011 44 1227 363323
Email: trishascott@btinternet.com

April 29, 2019

**Filed by Withdrawing Counsel via PACER**
The Honourable Magistrate Judge Anne Y Shields
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Case 2:18-cv-03436
      The Teddy Bearys Ltd – v - Dover Publications Inc. and Theodore Menten

Your Honor:

I am the Plaintiff in the case referred to above.  In preparation for the Scheduled Conference on May 1, 2019, my withdrawing Attorney suggested that I may wish to explain in writing why I have requested a sixty day extension to find alternative Counsel, instead of a thirty day extension. I hope this is helpful.

Although I intended to find replacement Counsel after I wrote to you on 20th January 2019, the serious illness of my relatives has occupied much of my time and prevented me from doing so.

A year ago, in March 2018, after not being able to contact my sister, Diane, and her husband, Martin, the Police traced them to Kettering General Hospital, local to where they live.  My brother-in-law Martin suffered a subdural haematoma (similar to a stroke), and had been rushed to hospital for trepanation of the skull. He was in a coma on the Intensive Care Unit and not expected to live. Diane was delirious with a urine infection and, when recovered, was found to have Dementia. Martin had apparently affectionately cared for her with this for a while and screened it from the family.

During the last year, my other sister, Rosie, and I have been to Kettering every week or ten days to sort out their care and their house. It's a three-hour journey each way by car or by train. Rosie is a Doctor of Psychology and I was a qualified nurse – an S.R.N., O.H.N.C. – with ten years' experience. Together we've managed to pull my sister and her husband through some critical times.

# TEDDY BEARYS PLC

Against all odds, Martin survived but, with left-sided paralysis, he was left on a ward as bed-ridden, unable to eat, and with no prospects. Over weeks, I consulted hospital administrators, doctors and physiotherapists, and Martin was moved to a Stroke Ward and then to a Rehabilitation Unit, with good care. He now feeds himself, mobilises in a wheelchair, is coherent most of the time, and the pain in his left arm and leg is alleviated with personalised splints.

Diane survived neglect at a nursing home where she suffered a broken hip and, on return there from hospital, was left without food and water for 36 hours. In A & E, they found she had large and raw bedsores, Atrial Fibrillation and Pneumonia. Despite the doctors warning she could die from organ failure, she pulled through.

As I hope you might understand, the health of my sister and brother-in-law has been a tremendous worry; but we have now managed to relocate both Diane and Martin in the same nursing home in Kettering, and Rosie and I have orientated them back together. They've been married for nearly fifty years and have always been happy together. We continue to oversee their care, and there are some current health concerns that I'm addressing with the nursing home staff and still occupy my time.

For six weeks, Rosie and I also cleaned and sorted their house, ready for sale, travelling to Kettering every third day. That finished two weeks ago, but the care of my relatives has been my priority and I've had little time to focus on finding alternative Counsel.

A sixty day extension would allow me the time to find a replacement attorney within the ongoing commitments that I have for the care of my family members.

In the circumstances, I am also very willing to agree with the suggestion by my current Attorney, Mr Gottesman, that we could investigate settlement discussions with the Defence Attorney, Mr Dannay. I believe Mr Dannay has indicated he would be willing to talk about my Case. The sixty day extension would allow such discussions and, should settlement not be possible, still allow me thirty days to find alternative Counsel.

I would be very grateful if you could grant me the sixty day extension I have requested, in these circumstances.

Thank you for your consideration of the content of this letter.

Yours Sincerely,

*[signature: Trisha Scott]*

Trisha Scott for The Teddy Bearys Ltd.