**UNITED STATES DISTRICT COURT**　　　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　　**MINUTE ORDER**

BEFORE: ANNE Y. SHIELDS　　　　　　　　　　　DATE: 5/1/19
　　　　　U.S. MAGISTRATE JUDGE　　　　　　　　TIME: 11:00 AM
　　　　　　　　　　　　　　　　　　　　　　　　FTR: 10:39-10:50

CASE:  **CV 18-3436 (ADS) (AYS)** The Teddy Bearys LTD v. Dover Publications, Inc., et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:　　　　Plaintiff　　　　Baruch Gottessam

　　　　　　　　　　　Defendant

**THE FOLLOWING RULINGS WERE MADE:**

☐　　　Scheduling Order entered.

☐　　　Settlement conference scheduled for ＿＿ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐　　　Proposed settlement pending:  By ＿＿, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐　　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X　　　Other:

**Rulings by the Court:**

The motion by Plaintiff's counsel, Baruch Gottesman, to withdraw as Plaintiff's attorney (Docket Entry #22) is granted and Mr. Gottesman is relieved as counsel as of today.  Mr. Gottesman advised the Court on the record that he will not be asserting a lien in this action.

Plaintiff was advised by the Court that as a corporate entity, Plaintiff cannot represent itself in this action but is, instead, required to obtain new counsel.  Plaintiff is afforded sixty (60) days to obtain new counsel.  All discovery is stayed during that time.  There will be no extensions of Plaintiff's deadline to obtain new counsel.

By July 1, 2019, Plaintiff's new counsel shall file a notice of appearance in this action.  If a notice of appearance by new counsel is not filed by that date, this Court will make a recommendation to the District Court that this action be dismissed, with prejudice, for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

Mr. Gottesman is directed to serve a copy of this Order on Plaintiff via email and first-class mail, and to file proof of service on the docket sheet, by May 6, 2019.

　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　/s/ Anne Y. Shields
　　　　　　　　　　　　　　　　　　　ANNE Y. SHIELDS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge