UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE TEDDY BEARYS LTD,

    Plaintiff,

~ against ~

DOVER PUBLICATIONS, INC.;
and THEODORE MENTEN,

    Defendants

------------------------------------------------------------x

Index No. 2:18-cv-03436-ADS-AYS

**AFFIDAVIT OF SERVICE**

    **BARUCH S. GOTTESMAN, ESQ.**, withdrawing counsel for the Plaintiff states the following under penalty of perjury:

1.     I am a member in good standing of the bar of the State of New York and am the withdrawing counsel to the Plaintiff in the above-captioned matter.

2.     On May 1, 2019, her Honor, Magistrate Judge Anne Y. Shields, issued a Civil Conference Minute Order granting my motion to withdraw and directing service of the Civil Conference Minute Order by e-mail and first class mail.

3.     Pursuant to her Honor's order I served the Civil Conference Minute Order on the Plaintiff, The Teddy Bearys Ltd. on May 3, 2019, by e-mailing a copy to its principal, Ms. Patricia Irene Scott at <trishascott@btinternet.com> which I know to be her active e-mail address based on past communications with her, and by sending hard copies both by first class mail and Fedex "Priority International" to the registered address of the Plaintiff:

        **The Teddy Bearys Ltd.**
        **c/o Patricia Irene Scott**
        19 Rose Gardens,
        Herne Bay, Kent CT6 6NJ
        ENGLAND

4.  Ms. Scott acknowledged receipt of the e-mail on May 3, 2019.

**DATED MAY 3, 2019**

RESPECTFULLY SUBMITTED,

_____
Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366
o: (212) 401-6910
e-mail: bg@gottesmanlegal.com
*Withdrawing Counsel for Plaintiff*