**THE JACOBSON FIRM**, P.C.
ATTORNEYS AT LAW

Jeffrey E. Jacobson*

Justin M. Jacobson

Pablo G. Velez

Peter J. Cipriano**

\* Also Member of D.C. Bar
\*\* Also Member of N.J. Bar

August 22, 2019

Hon. Anne Y. Shields
United State District Court Magistrate Judge
United States District Court
Eastern District Of New York
100 Federal Plaza, Court #830
P.O. Box #830
Central Islip, NY 11722

VIA ECF

RE: *The Teddy Bearys Ltd v. Dover Publications, Inc. et al.*, No. 18-cv-03436-ADS-AYS

Dear Hon. Judge Shields:

We represented plaintiff The Teddy Bearys Ltd ("Plaintiff"). We write to inform you that the Plaintiff has terminated our representation of their interest. Please see the attached email correspondence from the Plaintiff confirming this fact (Exhibit "A").

Please let us know if you require any further information in this matter.

Thank you for your time and consideration in advance.

Respectfully Submitted,

By: /s/ Jeffrey E. Jacobson

Jeffrey E. Jacobson (JEJ1199)
THE JACOBSON FIRM, P.C.

SO ORDERED:

_____
Hon. Anne Y. Shields
U.S.D.C.M.J.

cc: Richard Dannay, Esq.
    Via Email

Shields-08-22-19

(212) 683-2001
www.jacobsonfirm.com

347 Fifth Avenue, Eighth Floor
New York, NY 10016

**Subject:** Re: Case 2: 18-cv-03436 --ATTORNEY CLIENT PRIVILEGED --FOR SETTLEMENT PURPOSES ONLY!
**From:** Trisha Scott <trishascott@btinternet.com>
**Date:** Thu, Aug 15, 2019 1:50 pm
**To:** "jeffrey@jacobsonfirm.com" <jeffrey@jacobsonfirm.com>

Dear Mr Jacobson

Thank you for your email of 15th August 2019.

[redacted]

I will notify you of my new attorney shortly and within a week.

[redacted]

[redacted] had already terminated your representation of my Case in my email of 12th August 2019 [redacted]



"A"

8/22/2019

Workspace Webmail :: Print



Yours sincerely

Trisha Scott