UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

THE TEDDY BEARYS LTD,

          Plaintiff,

  ~ against ~

DOVER PUBLICATIONS, INC.;
and THEODORE MENTEN,

          Defendants

---------------------------------------------------------------x

Index No. 2:18-cv-03436-ADS-AYS

**JOINT STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE**

      The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41, hereby Stipulate to the Dismissal With Prejudice of this action, including all claims stated in the pleadings against all parties, with each party to bear their own attorneys' fees and costs.

_____ -10/8/19
Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366
(212) 401-6910
bg@gottesmanlegal.com
*Counsel for Plaintiff*

_____ (8 Oct 2019)
Richard Dannay, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9256
RXD@cll.com
*Counsel for Defendants*

## ORDER

The Stipulation is approved. The entire action, including all claims against all parties is hereby dismissed with Prejudice.

Dated: _____

                                                        _____
                                                        Judge Arthur D. Spatt, U.S.D.J.